FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2008 SEP -4  A 11: 45

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MUNICIPAL MORTGAGE & EQUITY, LLC, SECURITIES AND DERIVATIVE LITIGATION | ) ) ) ) | MDL 08-MD-1961 |
| _____ | ) | |
| This Relates To: | ) ) | Case No. 08-cv-2136 |
| JUDITH GREENBERG, Derivatively on Behalf of Municipal Mortgage & Equity, LLC, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | |
| MICHAEL L FALCONE, KEITH J. GLOECKL, GARY A. MENTESANA, EARL W. COLE, III, MARK K. JOSEPH, CHARLES C. BAUM, RICHARD O. BERNDT, ROBERT S. HILLMAN, DOUGLAS A. MCGREGOR, EDDIE C. BROWN, FRED N. PRATT, JR., ARTHUR S. MEHLMAN, BARBARA B. LUCAS, WILLIAM S. HARRISON, ANGELA S. BARONE, MELANIE H. LUNDQUIST and, ROBERT J. BANKS, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| -and- | ) ) | |
| MUNICIPAL MORTGAGE & EQUITY, LLC, a Delaware Corporation, | ) ) ) | |
| Nominal Defendant. | ) ) | |

**NOTICE OF MOTION FOR VOLUNTARY DISMISSAL OF ACTION
WITHOUT PREJUDICE AND WITHOUT NOTICE**

TO: THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD

Pursuant to Rules 41(a)(1) and 23.1 of the Federal Rules of Civil Procedure, Plaintiff Judith Greenberg ("Plaintiff") hereby moves to voluntarily dismiss this action against all defendants without prejudice and without notice to the shareholders of Municipal Mortgage & Equity, LLC. The adverse parties have not filed either an answer to the complaint or a motion for summary judgment. No defendant in this action has entered into a proposed settlement with Plaintiff, nor has Plaintiff or her counsel received, nor will they receive, any form of consideration from any defendant in exchange for dismissal of this action. Further, there are four other derivative actions arising out of substantially the same operative facts and alleging similar claims pending before this court. These actions are *Johnston v. Joseph, et al*, 08-cv-00670, *Staub v. Joseph, et al.*, 08-cv-00802, *The Mary L. Kieser Trust v. Berndt, et al.*, 08-cv-00805, and *Harris v. Joseph, et al.*, 08-cv-01258

This Motion is based upon this Notice and the accompanying Declaration of Curtis V. Trinko and the Memorandum of Law in Support.

DATED: August 29, 2008

                                            LAW OFFICES OF CURTIS V.
                                              TRINKO, LLP
                                              CURTIS V. TRINKO

                                              _____
                                              CURTIS V. TRINKO

                                              16 West 46th Street
                                              New York, NY 10036
                                              Telephone: (212) 490-9550
                                              Facsimile: (212) 986-0158

                                              ROBBINS UMEDA & FINK, LLP
                                              BRIAN J. ROBBINS
                                              MARC M. UMEDA
                                              GREGORY E. DEL GAIZO
                                              610 West Ash Street, Suite 1800
                                              San Diego, CA 92101
                                              Telephone: (619) 525-3990
                                              Facsimile: (619) 525-3991

                                              Attorneys for Plaintiff Judith Greenberg

\* \* \*
## ORDER

Pursuant to the above Notice and the accompanying Memorandum of Law, including the absence of consideration for said dismissal and the reasons specified as to why notice to shareholders of nominal defendant Municipal Mortgage & Equity, LLC is not required or necessary, it is hereby ORDERED under Rule 23.1 of the Federal Rules of Civil Procedure that the above titled action shall be, and hereby is, dismissed without prejudice.

SO ORDERED, on Tuesday, September 2, 2008.

/s/
THE HONORABLE MARVIN J. GARBIS
UNITED STATES DISTRICT JUDGE